```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 03598
   KIMBERLY K METCALF
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5112

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/01/2007 and was confirmed 03/19/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED             4866.80         .00       1445.04
CORPORATE AMERICA FAMILY   CURRENT MORTG          .00          .00           .00
CORPORATE AMERICA FAMILY   MORTGAGE ARRE       950.10          .00        327.18
GMAC MORTGAGE              CURRENT MORTG          .00          .00           .00
GMAC MORTGAGE              SECURED NOT I         .00          .00           .00
HOMECOMINGS FINANCIAL      CURRENT MORTG          .00          .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE      1217.22          .00       1217.22
WILSHIRE CREDIT CORPORAT   CURRENT MORTG          .00          .00           .00
AAMES HOME LOAN            UNSECURED        NOT FILED          .00           .00
AMERICAN COLLECTION CO     UNSECURED        NOT FILED          .00           .00
AMEX                       UNSECURED        NOT FILED          .00           .00
APPLIED CREDIT BANK        UNSECURED        NOT FILED          .00           .00
CHASE MANHATTAN MTG CORP   UNSECURED        NOT FILED          .00           .00
CITIFINANCIAL              UNSECURED        NOT FILED          .00           .00
PORTFOLIO RECOVERY         UNSECURED        13522.92           .00           .00
CITIFINANCIAL              UNSECURED        NOT FILED          .00           .00
CORPORATE AMERICA FAMILY   UNSECURED        NOT FILED          .00           .00
CORPORATE AMERICA FAMILY   UNSECURED         1481.09           .00           .00
CORPORATE AMERICA FAMILY   UNSECURED          502.98           .00           .00
COUNTRYWIDE HOME LOANS I   UNSECURED        NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS I   UNSECURED        NOT FILED          .00           .00
CREDIT ONE BANK            UNSECURED        NOT FILED          .00           .00
CREDIT UNION 1             UNSECURED        NOT FILED          .00           .00
CREDIT UNION 1             UNSECURED        NOT FILED          .00           .00
CREDIT UNION 1             UNSECURED        NOT FILED          .00           .00
CROSSING POINTE            UNSECURED        NOT FILED          .00           .00
CREDIT UNION 1             UNSECURED        NOT FILED          .00           .00
DINERS CLUB                UNSECURED        NOT FILED          .00           .00
FINGERHUT                  UNSECURED        NOT FILED          .00           .00
FIRST NATIONAL CREDIT CA   UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         2069.92           .00           .00
GE CONSUMER FINANCE        UNSECURED          919.73           .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
             CASE NO. 07 B 03598 KIMBERLY K METCALF

```
H&F LAW                      UNSECURED        NOT FILED              .00              .00
HSBC NV                      UNSECURED        NOT FILED              .00              .00
HSBC NV                      UNSECURED        NOT FILED              .00              .00
HSBC NV                      UNSECURED        NOT FILED              .00              .00
HSBC MORTGAGE SERVICE        UNSECURED        NOT FILED              .00              .00
LLCNTCICERO                  UNSECURED        NOT FILED              .00              .00
LLCNTCICERO                  UNSECURED        NOT FILED              .00              .00
NATIONWIDE ACCEPTANCE~       UNSECURED           625.80              .00              .00
NATIONWIDE ACCEPTANCE~       UNSECURED        NOT FILED              .00              .00
NATIONWIDE ACCEPTANCE~       UNSECURED        NOT FILED              .00              .00
NBGL CARSONS                 UNSECURED        NOT FILED              .00              .00
NORTHSIDE COMMUNITY FEDE     UNSECURED        NOT FILED              .00              .00
NORTHSIDE COMMUNITY FEDE     UNSECURED        NOT FILED              .00              .00
NORTHSIDE COMMUNITY FEDE     UNSECURED        NOT FILED              .00              .00
OCWEN LOAN SERVICING LLC     UNSECURED        NOT FILED              .00              .00
OCWEN LOAN SERVICING LLC     UNSECURED        NOT FILED              .00              .00
OPTION ONE MORTGAGE          UNSECURED        NOT FILED              .00              .00
WASHINGTON MUTUAL FA         UNSECURED        NOT FILED              .00              .00
HOMECOMINGS FINANCIAL        NOTICE ONLY      NOT FILED              .00              .00
AMERICASH LOANS LLC          UNSECURED           346.50              .00              .00
AMERICASH LOANS LLC          UNSECURED          8046.06              .00              .00
NATIONWIDE ACCEPTANCE~       SECURED             963.90             1.53           963.90
WILSHIRE CREDIT CORPORAT     SECURED NOT I         .00               .00              .00
GLENDA J GRAY                DEBTOR ATTY       2,500.00                         2,500.00
TOM VAUGHN                   TRUSTEE                                               533.13
DEBTOR REFUND                REFUND                                                   .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    6,988.00

PRIORITY                                                   .00
SECURED                                               3,953.34
    INTEREST                                              1.53
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,500.00
TRUSTEE COMPENSATION                                    533.13
DEBTOR REFUND                                              .00
                           ---------------        ---------------
TOTALS                     6,988.00                   6,988.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE